UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-22865-CIV-HUCK
(07-20839-CR-HUCK)
MAGISTRATE JUDGE P.A. WHITE

GUILLERMO ALFONSO ZARABOZO,   :

    Movant,   :

V.   :  MOVANT'S MEMORANDUM
    OF LAW IN SUPPORT OF HIS
    MOTION FOR LEAVE TO AMEND
UNITED STATES OF AMERICA,   :  HIS PENDING §2255 MOTION

    Respondent.   :
_____

Comes Now, Guillermo Alfonso Zarabozo, Movant, pro se in the above-captioned matter, and hereby respectfully makes this his Memorandum of law in support of his motion for leave to amend his pending §2255 motion to vacate or set aside the judgment. Movant Zarabozo respectfully utilizes the I.R.A.C. method of briefing for clarity and precision before this Honorable Court, as follows:

## I. IDEA

Movant Zarabozo should be permitted to amend his §2255 motion.

## II. RULING

The Fifth Amendment to the Constitution for the United States of America provides that "No person shall be deprived of... liberty ... without due process of law."

Title 28 United States Code, Section 2242 states in pertinent part: "[Application for a writ of habeas corpus]... may be amended or supplemented as provided in the rules of

procedure applicable to civil actions."

Rule 12 of the Rules Governing Section 2255 Proceedings states that: "The Federal Rules of Civil Procedure and the Federal Rules of Criminal Procedure, to the extent that they are not inconsistent with any statutory provisions or these rules, may be applied to a proceeding under these rules."

Rule 81 of the Federal Rules of Civil Procedure states in pertinent part: "(a)(4) Special Writs. These rules apply to proceedings for habeas corpus and for quo warranto to the extent that the practice in those proceedings:
(A) is not specified in a federal statute, the Rules Governing 2254 Cases, or the Rules Governing Section 2255 Cases; and
(B) has previously conformed to the practice in civil actions."

Rule 15 of the Federal Rules of Civil Procedure state in pertinent part: "(a) Amendments Before Trial.
(1) Amending as a Matter of Course. A party may amend its pleading as a mater of course within:
(A) 21 days after serving it, or
(B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier.
(2) Other Amendments. In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires."

The United States Supreme Court has held that a §2255 movant who has been impeded in the filing of his §2255 motion by some objective factor external to the defense, such as ineffective assistance of counsel, that justice requires that he be permitted an opportunity to submit his amended §2255 motion to vacate or set aside the judgment. See UNITED STATES V. FRADY, 456 U.S. 152, 167-68 (1982).

The United States Court of Appeals for the Eleveth Circuit has held that there was a fundamental miscarriage of justice under §2255 where the Clean Water Act unconstitutionally delegated its authority. See JONES V. UNITED STATES, 153 F.3d 1305, 1308 (11th Cir. 1998). And that where the §2255 movant did not have a means of ensuring his issues were presented, in consideration of the liberal rules governing amendments, that the District Court erred in denying the motion to amend. See DIAZ V. UNITED STATES, 930 F.2d 832, 835 (11th Cir. 1991).

## III. APPLICATION

During October 2010, Movant Zarabozo sought and obtained the legal assistance of attorney Richard C. Chlue (phonetic) for the preparation and filing of his motion to vacate or set aside the judgment pursuant to Title 28 United States Code, Section 2255. He requested that Mr. Chlue incoporate his jurisdiction and due process claims and Mr. Chlue stated that he would do so. Delays in filing his motion on his behalf ensued and Mr. Chlue finally

filed his §2255 motion on the last possible day, August 8, 2011.

When Movant Zarabozo received his copy of the §2255 motion, on August 12, 2011, he realized for the first time that his issues were not incorporated into his §2255 motion. He immediately began drafting a motion the District Court for leave to amend his §2255 motion for good cause, and submitted this motion on August 25, 2011. In addition, he was not expecting to have to represent himself as a "Pro Se" party, and now he must rush to the great task of presenting his issues properly before this Court while correcting the errors in the §2255 motion Mr. Chlue has prepared and filed on his behalf.

Movant Zarabozo has respectfully requested 60 days with which to amend his §2255 motion. His motion is based on his declaration in support and the foregoing memorandum of law. While it appears to be clear that he may amend his §2255 motion as a matter of course, he exercises due diligence and an abundance of caution by filing the instant motion, declaration, and memorandum of law for this Court's kind consideration.

## IV. CONCLUSION

Movant Zarabozo should be permitted to amend his §2255 motion as a matter of course or as justice so requires.

WHEREFORE, Movant Zarabozo respectfully requests that this Court grant him leave to amend his §2255 motion for good cause shown, as a matter of course, and as justice so requires.

Respectfully Submitted,

_____

Guillermo Alfonso Zarabozo, Pro Se
Reg. No. 79076-004, USP Coleman II
P.O. Box 1034, Coleman, FL
33521-1034

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served all parties with a copy of the foregoing by depositing a true and correct copy into the U.S. mail with first-class postage affixed thereon, said envelope being addressed as follows:

Anne Schultz, Chief, Appellate Division
Assistant United States Attorney, S.D. FL.
99 N.E. 4th Street, Miami, FL 33132

I, Guillermo Alfonso Zarabozo, declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. 1746.

Executed on this __12__ day of __September__, 2011.

Respectfully Submitted,

_____
Guillermo Alfonso Zarabozo, Pro Se
Reg. No. 79076-004, USP Coleman II
P.O. Box 1034, Coleman, FL
33521-1034